UNITED STATES *v.* AMERICAN EXPRESS CO.

**No. 7311.**—Invoice dated London, England, February 21, 1941.
Certified February 21, 1941.
Entered at New York, N. Y., April 24, 1941.
Entry No. 758174.

(Decided June 26, 1947)

*Paul P. Rao*, Assistant Attorney General, for the plaintiff.
Defendant not represented by counsel.

COLE, Judge: This appeal for reappraisement concerns items of woven wool outerwear exported from London, England, and entered at the port of New York.

An agreed set of facts, upon which the case is before me, shows export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement for the merchandise in question, and that such statutory value is the "unit invoice values, plus $2 for wool cuttings, shown by red ink notations on the consular invoice."

Judgment will be rendered accordingly.

ALEX TAYLOR & Co., INC., *v.* UNITED STATES

**No. 7312.**—Invoice dated Tonbridge, England, December 19, 1945.
Certified December 27, 1945.
Entered at New York, N. Y., February 27, 1946.
Entry No. 741219.

(Decided June 26, 1947)

*Sharretts & Hillis* (*Howard C. Carter* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establish that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.